To:     Special Agent Paul Allen

From:   "Oracle" (Farouk Aziz)

Date:   March 14, 2007

RE:     Monthly Expenditures (plus 20%)

Agent Allen,

Since the last monthly expenditure report itemized a few months ago my expenses have increased. There are documents I omitted due to my inexperience and expedience to submit receipts to you. Sir, the 20% increase I'm asking is for expenses for my family (wife; children, ages 15, 16, 19). The monthly compensation I now receive and the enclosed (revised) does not cover expenses for my family.

This letter is not a demand, but a request, that the operation continue to be effective and in the interest of The United States. At the risk of the perception of arrogance I think you (the Bureau) and I are working well together to achieve the safeguarding of this great country.

In closing, I sincerely thank you for your efforts in regards to my impending early discharge from probation. I thank you also for your example of integrity throughout this operation as well as the wise and careful direction you're providing. It is my earnest hope that we continue to work together to bring to justice the enemies of this nation both foreign and domestic.

Cordially,

"Oracle" (Farouk Aziz)