Purity of Unity → "Sifan Al Niah"

"Fitnah" rules of stopping conflict

    Surah 2    ✓ 191 + 192
    Surah 8    ✓ 39

— — — — — — — — — —

Rules of Engagement

    Surah 5    ✓ 33
                      ✓ 34
                      ✓ 55

— — — — — — — — — —

- Hadith
- Fiqh