| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jihad M. Smaili, Esq. [262219]<br>SMAILI & ASSOCIATES, P.C.<br>Courthouse Professional Building<br>615 Civic Ctr Dr,W,Suite 300, Santa Ana, Ca 92701 | | FILED-SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br>APR - 1 2011<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |
| ATTORNEY FOR LIEN CLAIMANT: | | |

| NAME OF COURT: United States District Court, Central Dist. of CA |
|---|
| STREET ADDRESS: 411 W. 4th St. |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Santa Ana, 92701 |
| BRANCH NAME: Southern Division |

PLAINTIFF: Craig F. Monteilh

DEFENDANT: Federal Bureau of Investigation, et al.

| NOTICE OF LIEN<br>(Attachment—Enforcement of Judgment) | CASE NUMBER:<br>CV 10-00102 JVS (RNBx) |
|---|---|

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT
1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☐ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☑ money judgment.

3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: Superior Court of California, County of Orange
   b. Name of case *(specify)*: People v. Monteilh
   c. Number of case *(specify)*: 07HF2373
   d. ☑ Date of entry of judgment *(specify)*: 02/29/2008
   e. ☐ Dates of renewal of judgment *(specify)*:

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   Danielle Brinkman
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   Craig Monteilh, 23 Butterfly, Irvine, CA 92604
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $79,748.87

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE** The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: 03/31/2011

*(TYPE OR PRINT NAME)*                    ▶    *(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410

CR-110/JV-790

| ATTORNEY OR PERSON WITHOUT ATTORNEY (Name, State Bar number, and address): | |
|---|---|
| ☑ Recording requested by and return to: Danielle Brinkman | |
| TELEPHONE NO.:   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ☐ ATTORNEY FOR   ☑ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: P.O. Box 1994
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

CASE NAME: PEOPLE v. CRAIG MONTEILH

CASE NUMBER: 07HF2373

FOR RECORDER'S USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER
FEB 29 2008
ALAN SLATER, Clerk of the Court
BY: _____, DEPUTY

**ORDER FOR RESTITUTION AND ABSTRACT OF JUDGMENT**
(Penal Code, §§ 1202.4(f), 1203.1(l), 1214;
Welfare and Institutions Code, § 730.6(h) and (i))

**ORDER FOR RESTITUTION**

1. a. ☑ On (date): 2/29/08   defendant (name): Craig Monteilh
   was convicted of a crime that entitles the victim to restitution.
   b. ☐ On (date):   child (name):
   was found to be a person described in Welfare and Institutions Code section 602, which entitles the victim to restitution. ☐ Wardship is terminated.
   c. ☐ Parents or guardians jointly and severally liable (name each):
   d. ☐ Co-offenders found jointly and severally liable (name each):

2. Evidence was presented that the victim named below suffered losses as a result of defendant's/child's conduct. Defendant/child was informed of his or her right to a judicial determination of the amount of restitution and
   a. ☐ a hearing was conducted.
   b. ☐ stipulated to the amount of restitution to be ordered.
   c. ☐ waived a hearing.

3. THE COURT ORDERS defendant/child to pay restitution to
   a. ☑ the victim (name): Danielle Brinkman   in the amount of: $ 59,456.00
   b. ☐ the State Victim Compensation Board, to reimburse payments to the victim from the Restitution Fund, in the amount of: $
   c. ☑ plus interest at 10 percent per year from the date of   ☐ loss or ☑ sentencing
   d. ☐ plus attorney fees and collection costs in the sum of $
   e. ☐ plus an administrative fee at 10 percent of the restitution owed (Pen. Code, § 1203.1(l))

4. The amount of restitution includes
   a. ☑ value of property stolen or damaged
   b. ☐ medical expenses
   c. ☐ lost wages or profits
      (1) ☐ incurred by victim due to injury
      (2) ☐ of victim's parent(s) or guardian(s) (if victim is a child) incurred while caring for the injured child
      (3) ☐ incurred by victim due to time spent as a witness or in assisting police or prosecution
      (4) ☐ of victim's parent(s) or guardian(s) (if victim is a child) due to time spent as a witness or in assisting police or prosecution
   d. ☐ noneconomic losses (felony violations of Pen. Code, § 288 only)
   e. ☐ other (specify):

Date: _____   _____ JUDICIAL OFFICER

VICTIM TO RECEIVE CERTIFIED COPY FOR FILING WITH COUNTY RECORDER

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
CR-110/JV-790 [Rev. January 1, 2008]

**ORDER FOR RESTITUTION
AND ABSTRACT OF JUDGMENT**

Penal Code, §§ 1202.4(f), 1203.1(l), 1214
Welfare and Institutions Code, § 730.6(h), (i), (q)
Civil Code, § 1714.1
Code of Civil Procedure, § 674(a)(7)
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| CASE NAME: PEOPLE v. CRAIG MONTEILH | CASE NUMBER: 07HF2373 |
|---|---|

**NOTICE TO VICTIMS**

PENAL CODE SECTION 1214 PROVIDES THAT ONCE A DOLLAR AMOUNT OF RESTITUTION HAS BEEN ORDERED, THE ORDER IS THEN ENFORCEABLE AS IF IT WERE A CIVIL JUDGMENT. ALTHOUGH THE CLERK OF THE COURT IS NOT ALLOWED TO GIVE LEGAL ADVICE, YOU ARE ENTITLED TO ALL RESOURCES AVAILABLE UNDER THE LAW TO OBTAIN OTHER INFORMATION TO ASSIST IN ENFORCING THE ORDER.

THIS ORDER DOES NOT EXPIRE UNDER PENAL CODE SECTION 1214(d).

THE VICTIM SHALL FILE A SATISFACTION OF JUDGMENT WITH THE COURT WHENEVER AN ORDER TO PAY RESTITUTION IS SATISFIED, PURSUANT TO PENAL CODE SECTION 1214(d).

## APPLICATION FOR ABSTRACT OF JUDGMENT

5. The ☐ judgment creditor  ☐ assignee of record  ☑ other (specify): District Attorney
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   Craig Monteilh
   23 Butterfly Irvine
   CA 92604 USA

   b. ☑ Driver's license no. [last 4 digits] and state: 4076 CA.  ☐ Unknown
   c. ☑ Social security no. [last 4 digits]: 1785  ☐ Unknown
   d. ☑ Date of birth: 07/25/1962  ☐ Unknown

Date:

Yvette Patko, Deputy District Attorney
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)
☑ ON INFORMATION AND BELIEF

## ABSTRACT OF JUDGMENT

[SEAL]

6. I certify that the following is a true and correct judgment entered in this action.

7. Judgment creditor (name): DANIELLE BRINKMAN
   ☐ whose address or whose attorney's address appears on this form above the court's name.

8. Judgment debtor (full name as it appears in judgment): CRAIG MONTEILH

9. Judgment entered on (date): 2/29/08

10. Total amount of judgment as entered or last renewed: $ 59,456.00

11. ☐ A stay of enforcement was ordered on _____ and is effective until _____.
    ☐ A stay of enforcement was not ordered.

This abstract of judgment issued on (date):

Clerk, by _____, Deputy

**NOTICE TO COUNTY RECORDER**

THIS ORDER IS ENFORCEABLE AS IF IT WERE A CIVIL JUDGMENT, PURSUANT TO PENAL CODE SECTION 1202.4(i) AND (m), PENAL CODE SECTION 1214, AND WELFARE AND INSTITUTIONS CODE SECTION 730.6(i) AND (r), AND FUNCTIONS AS AN ABSTRACT OF JUDGMENT.

CR-110/JV-790 (Rev. January 1, 2005)

**ORDER FOR RESTITUTION AND ABSTRACT OF JUDGMENT**

Page 2 of 2

Case 8:10-cv-00102-JVS-RNB   Document 106   Filed 04/01/11   Page 4 of 4   Page ID #:1735

# PROOF OF SERVICE

## In re Monteilh v. FBI, et. al.
## U.S. District, Central District of California, Case Number: 8:10-cv-00102-JVS-RNB

I, William B. Mujica, Jr., am a resident of the County of Orange, State of California and not a party to the within action. I am over the age of 18 and my business address is 615 Civic Center Drive West, Suite 300, Santa Ana, CA 92701.

On April 1, 2011, I served the following documents described as **Notice of Lien** on all interested parties in the above referenced action by mail service as follows:

| | |
|---|---|
| Adam J. Krolikowski<br>The Krolikowski Law Firm<br>1200 Main Street, Suite H<br>Irvine, CA 92614<br><br>Attorney for Plaintiff: Craig F. Monteilh | Daniel K. Spradlin<br>Woodruff Spradlin & Smart<br>555 Anton Blvd., Suite 1200<br>Costa Mesa, CA 92626<br><br>Attorney for Defendant: Irvine Police Dept. |
| Thomas K. Buck<br>Assistant U.S. Attorney<br>300 North Los Angeles Street, Room 7516<br>Los Angeles, CA 90012<br><br>Attorney for Defendant: United States/FBI | |

[ XX ] BY MAIL:   placing the envelope for collection and mailing following the ordinary mailing practice. I am readily familiar with the mailing practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ]   PERSONAL SERVICE:

Executed on April 1, 2011 at SANTA ANA, CALIFORNIA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 1, 2011            By: _____
                                    WILLIAM B. MUJICA, JR., DECLARANT

-1-
PROOF OF SERVICE