Adam J. Krolikowski (SBN 202946)
The Krolikowski Law Firm
1200 Main Street, Suite H
Irvine, California 92614
Tel. (949) 269-1869
Fac. (949) 269-1868
E-mail: ajk4law@yahoo.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG F. MONTEILH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, a government entity; IRVINE POLICE DEPARTMENT, a government entity; RON CARR, an individual; BARBARA WALLS, an individual and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. SACV 10-cv-00102-JVS-RNB<br>Before the Honorable<br>Judge Robert N. Block<br><br>STIPULATION AND [PROPOSED] ORDER FOR SETTING SETTLEMENT CONFERENCE |

The Parties having been ordered to perform Alternate Dispute Resolution before Magistrate Judge Robert N. Block now stipulate and request that the above referenced case be set for a Settlement Conference on February 22, 2012.

1
2                                          **KROLIKOWSKI LAW FIRM**
3   Date: December   , 2011
4                                          _____
                                           Adam J. Krolikowski, Esq.
5                                          for Plaintiff Craig F. Monteilh
6
7                                          **WOODRUFF, SPRADLIN & SMART**
8
9   Date: December 2, 2011                 _____
                                           Daniel K. Spradlin, Esq
10
11
12
13
14
15  IT IS SO ORDERED: That A Settlement Conference be set for
16
17  _____ at _____.
18
19                                          _____
20                                          Magistrate Judge of Central District Court
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

**SHORT TITLE OF CASE:** Monteilh vs. FBI et al

**CASE NUMBER:** SACV 10-102-JVS(RNBx)

I am a citizen of the United States and a resident of the County of Orange. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 1200 Main Street, Ste. H, Irvine, CA 92614.

On the date below, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER FOR SETTING SETTLEMENT CONFERENCE**

addressed as follows:

| | |
|---|---|
| Thomas K. Buck, Esq.<br>United States Attorney's Office<br>312 N. Spring St.<br>Los Angeles, CA 90012<br>Tom.Buck@usdoj.gov<br>T. 213-894-3989<br>F. 213-894-7819<br><br>Woodruff, Spradlin & Smart<br>Daniel K. Spradlin, Esq<br>555 Anton Blvd #1200<br>Costa Mesa, CA 92626-7670<br>dspradlin@wss-law.com<br>T. 714-558-7000<br>F. 714-835-7787 | |

\_\_\_\_\_ BY U.S. MAIL. by depositing the sealed addressed envelope(s) containing the document(s) listed above with the United States Postal Service with the postage fully prepaid, and by registered or certified mail with return receipt requested.

__Xx__ E-Filing by causing the document to be electronically filed via the Court's CM-ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2011, at Irvine, California.

*(Signature)* Cindi Johnson

Cindi Johnson