Adam J. Krolikowski (SBN 202946)
Krolikowski Law Firm
1200 Main Street, Suite H
Irvine, CA 92614
Tel. (949) 269-1869
Fax. (949) 269-1868

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG F. MONTEILH, an individual,<br><br>                              Plaintiff(s)<br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, et al.<br><br>                              Defendant(s). | CASE NUMBER<br><br>SACV 10-cv-00102-JVS-RNB<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

__CRAIG F. MONTEILH__   ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __CRAIG F. MONTEILH__
*New Attorney*

as attorney of record in place and stead of __Adam J. Krolikowski__
*Present Attorney*

Dated __12/6/2011__                 __[signature]__
                                    *Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __12/6/2011__                 __[signature]__
                                    *Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____                        _____
                                    *Signature of New Attorney*

                                    _____
                                    *State Bar Number*

---

If party requesting to appear Pro Se:

Dated __12/6/2011__                 __[signature]__
                                    *Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)                 REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY