1  Adam J. Krolikowski (SBN 202946)
   KROLIKOWSKI LAW FIRM
2  1200 Main Street, Suite H
   Irvine, California 92614
3  Tel. (949) 269-1869
   Fac. (949) 269-1868
4  E-mail: adam@usethelaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CRAIG F. MONTEILH, an individual, | Case No. SACV 10-cv-00102-JVS-RNB |
|---|---|
| Plaintiff, | |
| v. | |
| | **NOTICE OF LIEN** |
| FEDERAL BUREAU OF INVESTIGATION, a government entity; IRVINE POLICE DEPARTMENT, a government entity; RON CARR, an individual; BARBARA WALLS, an individual and DOES 1 to 100, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR COUNSEL, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

PLEASE TAKE NOTICE THAT the undersigned law firm was formerly the attorney of record herein for CRAIG F. MONTEILH, but has been relieved as said party's attorney of record by substitution of counsel approved by Order of the Court filed December 14, 2011.

PLEASE TAKE NOTICE THAT by virtue of a written fee agreement with said party, the undersigned law firm has and claims a lien ahead of all others on the said

party's claims and causes of action asserted herein, and on any judgment rendered in favor of said party, to secure payment for legal services rendered (and costs and expenses advanced on behalf of said party), all in accordance with the terms of the fee agreement aforesaid.

Date: February 6, 2012

**KROLIKOWSKI LAW FIRM**

_____
Adam J. Krolikowski, Esq.

---

NOTICE OF LIEN

USDC, CENTRAL DISTRICT
CASE NO. SACV10-CV-00102

-2-

<b><u>PROOF OF SERVICE</u></b>

**SHORT TITLE OF CASE:**  Monteilh vs. FBI et al

**CASE NUMBER:**  SACV 10-102-JVS(RNBx)

I am a citizen of the United States and a resident of the County of Orange. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 1200 Main Street, Ste. H, Irvine, CA 92614.

On the date below, I served the following document(s):

**NOTICE OF LIEN**

addressed as follows:

| Thomas K. Buck, Esq.<br>United States Attorney's Office<br>312 N. Spring St.<br>Los Angeles, CA 90012<br>Tom.Buck@usdoj.gov<br>T. 213-894-3989<br>F. 213-894-7819<br><br>Woodruff, Spradlin & Smart<br>Daniel K. Spradlin, Esq<br>555 Anton Blvd #1200<br>Costa Mesa, CA 92626-7670<br>dspradlin@wss-law.com<br>T. 714-558-7000<br>F. 714-835-7787 | Craig Monteilh<br>23 Butterfly<br>Irvine, CA 92604 |
|---|---|

__Xx___  BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as set forth below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Irvine, California with the postage fully prepaid.

_____  E-Filing by causing the document to be electronically filed via the Court's CM-ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2012, at Irvine, California.

*Cindi Johnson*
(Signature)

<u>Cindi Johnson</u>