DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
CAROLINE A. BYRNE - State Bar No. 196541
cbyrne@wss-law.com
BRIAN A. MOORE - State Bar No. 252900
bmoore@wss-law.com
ROBERTA A. KRAUS – State Bar No. 117658
bkraus@wss-law.com
WOODRUFF, SPRADLIN & SMART, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CITY OF IRVINE, a public entity, and RONALD CARR

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG F. MONTEILH,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, a government entity; IRVINE POLICE DEPARTMENT, a government entity; RON CARR, an individual; BARBARA WALLS, an individual and DOES 1 to 100, inclusive,<br><br>        Defendants. | CASE NO.: SACV10-00102-JVS(RNBx)<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>TRIAL DATE: June 19, 2012 |

This matter came on for hearing before the Court on May 21, 2012, at 1:30 p.m., the Honorable James V. Selna, Judge Presiding, on the motion for summary judgment by Defendants CITY OF IRVINE, a public entity, and RONALD CARR, and the evidence presented in the moving papers having been fully considered, as well as the notice of non-opposition filed by Plaintiff CRAIG F. MONTEILH, and a decision having been duly rendered,

///

1

853608.1

1  IT IS ORDERED AND ADJUDGED that Plaintiff CRAIG F. MONTEILH take
2  nothing by way of his second amended complaint, that the action be dismissed on the
3  merits and that Defendants CITY OF IRVINE, a public entity, and RONALD CARR
4  recover their costs.

6  DATED: May 29, 2012

    _____
    HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT COURT
    JUDGE

2

853608.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On May ____, 2012, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

☒ by causing the aforementioned to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document on individual(s) listed on the attached mailing list;

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by Woodruff, Spradlin & Smart to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _Woodruff, Spradlin & Smart on said date in the ordinary course of business.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on May ____, 2012 at Costa Mesa, California.

Laura F. Perez

853608.1

3

# CRAIG MONTEILH v. CITY OF IRVINE
## USDC CASE #: SACV10-00102-JVS (RNBx)
### SERVICE LIST

| | |
|---|---|
| Andre Birotte Jr.<br>United States Attorney<br>Leon M. Weidman<br>Assistant United States Attorney<br>Chief, Civil Division<br>Thomas K. Buck<br>Anoiel Khorshid<br>Assistant United States Attorney<br>Room 7516 Federal Building<br>300 North Los Angeles Street<br>Los Angeles, CA  90012<br>Telephone:  (213) 894-3989 (Buck)<br>Telephone:  (213) 894-6086 (Khorshid)<br>Facsimile:  (213) 894-7819 (Main)<br>Email:  Tom.Buck@usdoj.gov<br>Anoiel.Khorshid@usdoj.gov | Attorneys for Defendants<br>**FEDERAL BUREAU OF INVESTIGATION and BARBARA WALLS** |
| Jihad M. Smaili<br>SIMAILI & ASSOCIATES<br>615 Civic Center Drive West, Suite 300<br>Santa Ana, Ca  92701<br>Fax:  (310) 432-4201<br>Email:  jihad@smaililaw.com | Attorneys for Claimant<br>DANIELLE BRINKMAN |

853608.1

# PROOF OF SERVICE

## (By Personal Service)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am over the age of 18 and I am not a party to the within action. I am employed by Nationwide Legal Inc., 820 N. Parton Street, Suite 203, Santa Ana, CA 92701.

On April 23, 2012, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by personally delivering true copies thereof to the following:

Craig F. Monteilh                                          Plaintiff in Pro Se
23 Butterfly
Irvine, CA  92604
Telephone:  (949) 395-8784
Facsimile:  (949) 786-0373
Email:  craigmonteilh@yahoo.com

I delivered such envelope(s) by hand to the residence of the addressee(s).

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 23, 2012 at Costa Mesa, California.

NATIONWIDE LEGAL INC.

_____                    _____
Type or Print Name                                                        Signature

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

853608.1